**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AUTHWALLET, LLC,

                Plaintiff,

-against-                              21 **CIVIL** 5463 (LJL)

**JUDGMENT**

BLOCK, INC.,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 3, 2022, Block's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       May 3, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

**BY:**                *K. Mango*

                                                  **Deputy Clerk**